United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HECTOR ALEJANDRO FLORES-ALVARADO, | § § § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00697 |
| | § | |
| MIGUEL VERGARA, *et al.*, *in their official capacities,* | § § § | |
| "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "28 U.S.C. Section 2241 Habeas Corpus Petition" (Dkt. No. 1) ("Petition"), the "Magistrate Judge's Report and Recommendation" (Dkt. No. 3) ("R&R"), and "Petitioner's Objections to Report and Recommendation" (Dkt. No. 4) ("Objections").

The R&R recommends that the Court: (1) deny the Petition (Dkt. No. 1) and (2) direct the Clerk of Court to close this case. Dkt. No. 3 at 1.

When a party objects to a magistrate judge's report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** Petitioner's Objections (Dkt. No. 4) and **ADOPTS** the R&R (Dkt. No. 3).[1]

Accordingly, the Petition (Dkt. No. 1) is **DENIED** and the Clerk of Court is **DIRECTED** to close this case.

SIGNED this July 20, 2026

_____
Rolando Olvera
United States District Judge

---

[1] Petitioner's Objections rely in part on the Fifth Circuit's decision in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026). Dkt. No. 4 at 2-3. Because the panel opinion has been vacated, the Court does not regard it as having precedential value. *See Comer v. Murphy Oil USA, Inc.*, 718 F.3d 460, 468 (5th Cir. 2013).

1 / 1